In the Matter of RONALD FINKELSTEIN, Appellant, v LEON J. VINCENT, as Superintendent of the Green Haven Correctional Facility, Respondent. THE PEOPLE OF THE STATE OF NEW YORK el rel. RONALD FINKELSTEIN, Appellant, v DAVID HARRIS, as Superintendent of the Green Haven Correctional Facility, Respondent.—Appeal from (1) an order of the Supreme Court, Dutchess County, dated November 19, 1977 and (2) a judgment of the same court, dated February 10, 1978. Leave to appeal from the order is granted by Mr. Justice O'Connor. Order and judgment affirmed, without costs or disbursements. No opinion. Mangano, J. P., Gibbons, Gulotta and O'Connor, JJ., concur.